IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN PEAK,<br><br>              Plaintiff,<br><br>vs.<br><br>CAITLYN CASSIDY, and all persons acting in active concert & participation with her;<br><br>              Defendant. | **8:22CV378**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing No. 10, which the Court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Rule 41(a) states that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, Rule 41(a)(2) provides that an action may be dismissed at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Plaintiff asks the Court to dismiss this action and Defendants have not been served with process. Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Dismiss, Filing No. 10, is granted and this matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

2

Dated this 27th day of February, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge

2